# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 28, 2009

138282 & (80)

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

ANTHONY TYRONE SMITH,
    Defendant-Appellant.

SC: 138282
COA: 277736
Wayne CC: 05-005879-01

_____/

On order of the Court, the application for leave to appeal the January 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to amend the application or to add issues is DENIED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 28, 2009

_____
Clerk

s1021